UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DERRICK DONNELL TAYLOR-NAIRN,<br><br>    Defendant. | CASE NO. CR18-5094 BHS<br><br>ORDER |

This matter comes before the Court on Defendant Derrick Donnell Taylor-Nairn's Motion for Extension of Time to Reply to the Government's Response to his Motion for Compassionate Release, Dkt. 1163.

Taylor-Nairn moved for compassionate release on February 15, 2023. Dkt. 1151. The Court granted the Government's Emergency Motion for Extension of Time to File Response, Dkt. 1152, on February 21, 2023, and gave the Government until March 9, 2023 to respond. Dkt. 1154. The Court inadvertently re-noted the motion to March 9; the Court should have noted the motion such that Taylor-Nairn had an opportunity to reply to

ORDER - 1

the Government's response. On March 17, 2023, the Court denied Taylor-Nairn's motion for compassionate release. Dkt. 1162.

Taylor-Nairn now moves for an extension of time to reply. Dkt. 1163. It is unclear whether Taylor-Nairn was in receipt of the Court's order prior to filing this motion. Nevertheless, the Court agrees that Taylor-Nairn should have an opportunity to reply.

His motion, Dkt. 1163, is therefore **GRANTED** and the Court's Order denying him compassionate release, Dkt. 1162, is **VACATED**. Taylor-Nairn may file a reply by **April 28, 2023**. The Clerk shall **RENOTE** Taylor-Nairn's Motion for Compassionate Release, Dkt. 1151, to the Court's April 28, 2023 calendar.

IT IS SO ORDERED.

Dated this 23rd day of March, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge